# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JARED KENDALL,<br><br>        Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:07CR301DAK |

Defendant, Jared Kendall, has filed a motion for termination of his remaining supervised release. Defendant was sentenced to thirty months incarceration and thirty-six months of supervised release. Defendant has been serving his supervised release since September 11, 2009.

Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any policy statements issued by the Sentencing Commission, and the need for the sentence imposed to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to

provide the defendant with needed services. *See* 18 U.S.C. § 3553(a).

In connection with his motion, Defendant sent in a letter outlining his conduct while incarcerated and while serving his supervised release. The letter demonstrates that he has turned his life around and is currently employed, in a stable relationship, and acting responsibly in all aspects of his life. In addition, the court contacted Defendant's Probation Officer who stated that Defendant has completed all of his requirements on supervised release and that she is supportive of early termination. The United States Attorney's office did not object to Defendant's motion for early termination within the time allowed by the court. The court, therefore, grants Defendant's motion for early termination of supervised release.

DATED this 10th day of January, 2011.

							_____
							DALE A. KIMBALL
							United States District Judge